# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN M. FLOYD AND ASSOCIATES, INC., <br><br>            Plaintiffs, <br><br>     vs. <br><br> TAPCO CREDIT UNION, <br><br>            Defendant. | **CASE NO. 3:09—cv—05480—KLS** <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This matter having come before the Court on the parties' Motion to Dismiss Case Without Prejudice, supported by an executed Stipulation of Dismissal Without Prejudice, and the Court being fully advised in the premises and good cause otherwise appearing,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, expenses and costs.

DATED this 11th day of June, 2010.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE
Page  1

**LAW OFFICES OF LARRY L. WHYTE** **PLLC**
180 Ericksen Ave., Suite A
P.O. Box 10280
Bainbridge Island WA  98110
206/780-0838    Fax 206/780-0793

Approved as to form and content of Order of Dismissal Without Prejudice

EISENHOWER & CARLSON, PLLC           LAW OFFICES OF LARRY L. WHYTE, PLLC

_____       _____
Alexander S. Kleinberg, WSBA #34449   Larry L. Whyte, WSBA # 35282
Attorneys for Defendant               Attorneys for Plaintiff
Tapco Credit Union                    John M. Floyd & Associates, Inc.

ORDER OF DISMISSAL WITHOUT PREJUDICE
Page  2

LAW OFFICES OF LARRY L. WHYTE PLLC
180 Ericksen Ave., Suite A
P.O. Box 10280
Bainbridge Island WA  98110
206/780-0838   Fax 206/780-0793